

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00186-CV

**IN THE INTEREST OF C.G. A CHILD,**

**Appellant**

**From the County Court at Law
Ellis County, Texas
Trial Court No. 85553CCL**

## MEMORANDUM  OPINION

On June 20, 2014 Carla Arisano and Brock Brinkman filed a notice of appeal from the trial court's issuance of a protective order on March 21, 2014.  The notice of appeal appears to be untimely filed.  The notice of appeal from the trial court indicates that no motion for new trial was filed.  Appellants indicate that "329b motions" were filed. A motion for extension of time to file the notice of appeal is necessarily implied if the notice of appeal is filed within 15 days of the date notice is due; but Appellant must still supply a reasonable explanation for the late filing of the notice of appeal.  *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Appellants have not filed any explanation for the late filing of the notice of appeal.

By letter dated July 11, 2014, the Clerk of this Court notified Appellants that the appeal was subject to dismissal because it appeared that the notice of appeal was untimely. *See* TEX. R. APP. P. 26.1. The Clerk also warned Appellants that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 44.3. Appellants have not filed a response.

Additionally, this Court sent a notice that the appeal was subject to dismissal because a docketing statement had not been filed. TEX. R. APP. P. 32.1; TEX. R. APP. P. 42.3(b), (c). No docketing statement has been filed.

Accordingly, this appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 4, 2014
[CV06]

